UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GROUNDFISH FORUM, INC.,<br><br>                            Plaintiff(s),<br>vs.<br>NATIONAL MARINE FISHERIES<br>SERVICE, et al.,<br><br>                            Defendant(s). | Case No. 3:23-cv-00283-JMK<br><br>MOTION AND APPLICATION OF<br>NON-ELIGIBLE ATTORNEY FOR<br>PERMISSION TO APPEAR AND<br>PARTICIPATE IN THE<br>UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Ari Gordin (name), hereby apply for permission to appear and participate as counsel for (please see attached) (Name of party), Intervenor-Defendant (plaintiff/defendant), in the above-entitled cause pursuant to Rule 83.1 of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

**OR**

I hereby designate _____, a member of the Bar of this court,
                              (Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: January 28, 2024

/s/ Ari Gordin
(Signature)

Ari Gordin
(Printed Name)

111-A New Street
(Address)

Decatur, GA 30030
(City/State/Zip)

404-282-3931
(Telephone Number)

agordin@jonesfortuna.com
(e-mail address)

### Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE:

_____
(Signature)

_____
(Printed Name)

_____
(Address)

_____
(City, State, Zip)

_____
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

# DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Ari Gordin

Business Address: 111-A New St , Decatur, GA 30030
(Mailing/Street) (City, State, ZIP)

Residence: 267 15th Street , Atlanta, GA 30309
(Mailing/Street) (City, State, ZIP)

Business Telephone: 404-282-3931    e-mail address: agordin@jonesfortuna.com

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| N.D. Ga | 75 Ted Turner Drive, SW Atlanta GA 30303 | 2023 |
| Georgia Court of Appeals | 330 Capitol Ave., S.E. Atlanta, GA 30334 | 2023 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐  No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐  No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with Local Rule 83.1, I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: January 29, 2024

_____
(Signature of Applicant)

Application to Appear *Pro Hac Vice*

Ari Gordin

**I hereby apply for permission to appear and participate as counsel for the following parties:**

Central Bering Sea Fishermen's Association; City of Saint Paul, Alaska; Alaska Longline Fishermen's Association; Fishing Vessel Owners' Association; Homer Charter Association; The Boat Company; Petersburg Vessel Owners' Association; Alaska Marine Conservation Council; Halibut Association of North America; North Pacific Fisheries Association; Aleut Community of St. Paul Island Tribal Government; and the Seafood Producers Cooperative



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

    I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

    **DO HEREBY CERTIFY** that **ARI GORDIN, State Bar No. 649384,** was duly admitted to practice in said Court on 12/07/2023 and is in good standing as a member of the bar of said Court.

    Dated at Atlanta, Georgia, this 1st day of February, 2024.

KEVIN P. WEIMER
CLERK OF COURT

By: _____
Beverly Creech
Deputy Clerk