# Figure 1. Map of IPHC Regulatory Areas



(Reproduced from NOAA018720)

*Groundfish Forum, Inc. v. NMFS*
Case No. 3:23-cv-00283-JMK

Exhibit 1, p. 1

**Figure 2. Projected Halibut Spawning Stock Biomass (IPHC Stock Assessment, 2020)**



(Reproduced from NOAA003886[1])

---

[1] More recent IPHC stock assessments predict halibut populations will remain at low levels at least the next three years. Compare ECF 10-3, p. 10 (Figure 2).

*Groundfish Forum, Inc. v. NMFS*
Case No. 3:23-cv-00283-JMK     Exhibit 1, p. 2

Figure 3. Halibut Bycatch Mortality in the BSAI by Sector (metric tons)

| BSAI Sector | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|
| Non-Pelagic Trawl (A80 C/P) | 1,638 | 1,412 | 1,167 | 1,343 | 1,461 | 1,097 | 1,044 | 1,519 |
| Non-Pelagic Trawl (AFA C/P) | 71 | 78 | 57 | 105 | 39 | 34 | 38 | 67 |
| Non-Pelagic Trawl (Catcher Vessels) | 310 | 410 | 337 | 309 | 499 | 262 | 155 | 257 |
| Non-Pelagic Trawl (CDQ) | 100 | 140 | 129 | 137 | 168 | 90 | 80 | 90 |
| Pelagic Trawl (AFA C/P) | 74 | 64 | 57 | 32 | 66 | 56 | 78 | 93 |
| Pelagic Trawl (AFA C/V) | 30 | 19 | 17 | 10 | 16 | 19 | 18 | 17 |
| Pelagic Trawl (CDQ) | 8 | 9 | 6 | 7 | 17 | 10 | 13 | 13 |
| **Trawl Total** | 2,231 | 2,132 | 1,770 | 1,943 | 2,266 | 1,568 | 1,426 | 2,056 |
| **Amendment 80 Share of Halibut PSC Use** | 73.4% | 66.2% | 65.9% | 69.1% | 64.5% | 70.0% | 73.2% | 73.9% |

(Reproduced from NOAA000321)

Figure 4. Trend in A80 Bycatch Mortality in Area 4CDE as Proportion of BSAI

(Reproduced From NOAA000319)

*Groundfish Forum, Inc. v. NMFS*
Case No. 3:23-cv-00283-JMK

Exhibit 1, p. 4

**Figure 5. Cumulative Number of Halibut Removed in Area 4CDE — Bycatch vs. Directed Fishery**

[Bar chart showing Commercial Catch (blue) and Trawl PSC Mortality (red) from 2015 to 2022. Trawl PSC Mortality rises from ~600,000 in 2015 to ~4,100,000 in 2022. Commercial Catch rises from near 0 in 2015 to ~500,000 in 2022.]

(Reproduced from NOAA000324)

**Figure 6. Halibut Bycatch Morality vs. Directed Fishery Landings**



(Reproduced from NOAA037059)

Figure 7. Number of Vessels in the Area 4 Halibut Fishery by Vessel Class, 2010-2019

(Reproduced from NOAA003235)

**Figure 8. Collapse of Small-Boat Halibut Fishery in Area 4**

[Bar chart showing annual values from 2010–2019. Bars for 2010–2013 are around 215–245, with a "2010-2013 Average" line near 225. A red downward arrow labeled "Small-Boat Fishery Collapse" indicates a drop to 2014 (~80), followed by 2015–2019 bars around 45–50, with a "2014-2019 Average" line near 55.]

(Reproduced from NOAA003236)

*Groundfish Forum, Inc. v. NMFS*
Case No. 3:23-cv-00283-JMK

Exhibit 1, p. 8

**Figure 9. A123 Bycatch Limits vs. Actual A80 Bycatch**

(Reproduced from NOAA000331)