IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GROUNDFISH FORUM, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| NATIONAL MARINE FISHERIES SERVICE, *et al.*, | ) Case No. 3:23-cv-00283-JMK |
| Defendants, | ) |
| and | ) **[PROPOSED] ORDER** |
| CENTRAL BERING SEA FISHERMAN'S ASSOCIATION, *et al.*, | ) |
| Intervenor-Defendants. | ) |

The State of Alaska has moved for an order permitting the filing of an *amicus curiae* brief in this case. It is hereby ordered that the motion is granted and the amicus curiae memorandum submitted by the State is accepted for filing.

DATED this _____ day of _____, 2024.

_____
Hon. Joshua M. Kindred
United States District Court Judge
District of Alaska