# EXHIBIT 1

## Map of the BSAI and Area 4



Figure ES-1  Map of IPHC Regulatory Areas (outlined in dark blue) and **BSAI FMP** (shaded in light blue) and **GOA FMP** (shaded in yellow) areas.

NOAA004594.