# EXHIBIT 2

**Amendment 80 Sector and Area 4CDE Directed Fisheries Comparison**

| Year | 4CDE Directed Fisheries – Halibut Allocation | 4CDE Directed Fisheries – Total Halibut Removal | Amendment 80 – Halibut PSC Limit | Amendment 80 – Halibut PSC in 4CDE | Amendment 80 – Total Halibut PSC |
|---|---|---|---|---|---|
| 2020 | 1046 | 1022 | 1745 | 969 | 1097 |
| 2019 | 1234 | 1034 | 1745 | 1309 | 1461 |
| 2018 | 956 | 871 | 1745 | 1207 | 1343 |
| 2017 | 1028 | 998 | 1745 | 1476 | 1167 |
| 2016 | 1004 | 925 | 1745 | 973 | 1412 |
| 2015 | 780 | 744 | 2325 | 1222 | 1638 |
| 2014 | 780 | 786 | 2325 | 1166 | 2178 |
| 2013 | 1167 | 1101 | 2325 | 1897 | 2166 |
| 2012 | 1488 | 1458 | 2325 | 1410 | 1944 |
| 2011 | 2250 | 2177 | 2375 | 1412 | 1810 |
| 2010 | 2165 | 2044 | 2425 | 1961 | 2254 |

NOAA4649 (Table 2-5), NOAA4827-28 (Table 5-16)

[1] All columns are in metric tons.

[2] The Amendment 80 PSC is reported in net round metric ton. However, the IPHC reports data in net million pounds. Thus, to compare these values, NMFS converted from net million pounds in the directed fisheries columns to round metric tons using the following formula: (million pounds/0.75)*0.000453592*1000000. *See* NOAA4827-28 (Table 5-16).