# EXHIBIT 3

## Examples of Other Abundance-Based Rules in this Region

| Rule (Title) | Citations | Description (of how it is abundance-based) |
|---|---|---|
| Fisheries of the Exclusive Economic Zone Off Alaska; Bycatch Management in the Bering Sea Pollock Fishery | 50 C.F.R. § 679.21(f); 81 Fed. Reg. 37,534 (June 10, 2016). | NMFS established abundance-based Chinook salmon PSC limits for the pollock vessels in the BSAI. |
| Fisheries of the Exclusive Economic Zone Off Alaska; Groundfish of the Bering Sea and Aleutian Islands Area; Trawl Closure to Protect Red King Crab | 50 C.F.R. § 679.21(e)(1); NOAA4685-4689. | The PSC limits for crab species in certain fishing zones depends on crab abundance. |
| Herring PSC limits in the BSAI | 50 C.F.R. § 679.21(e)(1)(v); | "The PSC limit of Pacific herring caught while conducting any domestic trawl fishery for groundfish in the BSAI is 1 percent of the annual eastern Bering Sea herring biomass." |