Ryan P. Steen, Bar No. 0912084
ryan.steen@stoel.com
Jason T. Morgan, Bar No. 1602010
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900

Connor R. Smith, Bar No. 1905046
connor.smith@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900

*Attorneys for Plaintiff Groundfish Forum, Inc.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GROUNDFISH FORUM, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>NATIONAL MARINE FISHERIES SERVICE; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; GINA RAIMONDO, in her official capacity as the United States Secretary of Commerce; and JANET COIT, in her official capacity as Assistant Administrator, National Oceanic and Atmospheric Administration,<br><br>   Defendants. | Case No. 3:23-cv-00283-SLG |

**PLAINTIFF'S NON-OPPOSITION TO MOTIONS
FOR LEAVE TO FILE AMICI BRIEFS**

At docket 38, U.S. Senator Daniel S. Sullivan and U.S. Representative Mary Sattler Peltola move the Court for leave to file an amici curiae brief.[1] At docket 40, the State of Alaska seeks leave to file an amicus curiae brief.[2] And at docket 42, Cordova District Fishermen United and others seek leave to file an amici curiae brief.[3]

Plaintiff Groundfish Forum, Inc. ("Plaintiff") does not oppose the relief sought in the motions at dockets 38, 40, and 42. Should the Court grant the motions and permit amici to file briefs in this matter, Plaintiff reserves its right to respond to the substance of those briefs in its reply briefing.

DATED: July 10, 2024.

STOEL RIVES LLP

By: /s/ Ryan P. Steen
Ryan P. Steen, Bar No. 0912084
ryan.steen@stoel.com
Jason T. Morgan, Bar No. 1602010
jason.morgan@stoel.com
Connor R. Smith, Bar No. 1905046
connor.smith@stoel.com

*Attorneys for Plaintiff Groundfish Forum, Inc.*

---

[1] *See* Dkt. 38.
[2] *See* Dkt. 40.
[3] *See* Dkt. 42.

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court of Alaska by using the CM/ECF system. Participants in Case No. 3:23-cv-00283-SLG who are registered CM/ECF users will be served by the CM/ECF system.

                                              */s/ Ryan P. Steen*
                                              Ryan P. Steen

123836709.1 0077665-00002

*Groundfish Forum, Inc. v. NMFS*
Case No. 3:23-cv-00283-SLG         3
Case 3:23-cv-00283-SLG    Document 45    Filed 07/10/24    Page 3 of 3