# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GROUNDFISH FORUM, INC., <br><br> Plaintiff, <br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al*, <br><br> Defendants, <br><br> and <br><br> CENTRAL BERING SEA FISHERMAN'S ASSOCIATION, *et al.,* <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00283-SLG |

## ORDER RE PENDING MOTIONS TO FILE *AMICUS CURIAE* BRIEFS

Before the Court are three pending motions to file *amicus curiae* briefs:

- At Docket 38, the Motion for Leave to File Brief of *Amici Curiae* Senator Daniel S. Sullivan and Representative Mary Sattler Peltola.

- At Docket 40, the State of Alaska's Motion and Memorandum in Support of Motion to Allow Filing of *Amicus Curiae* Brief.

- At Docket 42, the Motion of Cordova District Fishermen United, Kodiak Archipelago Rural Regional Leadership Forum, Prince William Sound Economic Development District, and Individuals Avery Ault, Daniel Donich, Greg Sutter, Richard Baltzer, and Emily Ault for Leave

to File a Brief as *Amici Curiae* in Support of Defendants.

At Docket 45, Plaintiff filed a response of non-opposition to the motions but reserve the right to respond to the briefs in its reply brief if the motions are granted. Federal Defendants take no position on the motions. Intervening Defendants consent to the motions. Upon due consideration, the motions are hereby GRANTED. The Brief of *Amici Curiae* Senator Daniel S. Sullivan and Representative Mary Sattler Peltola at Docket 38-1, the *Amicus Curiae* Brief of the State of Alaska at Docket 40-1, and the Brief of *Amici Curiae*, Cordova District Fishermen United, Kodiak Archipelago Rural Regional Leadership Forum, Prince William Sound Economic Development District and Individuals Avery Ault, Daniel Donich, Greg Sutter, Richard Baltzer, Emily Ault, in Support of Defendants at Docket 42 are each ACCEPTED as filed.

DATED this 15th day of July 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE