Ryan P. Steen, Bar No. 0912084
ryan.steen@stoel.com
Jason T. Morgan, Bar No. 1602010
jason.morgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900

Connor R. Smith, Bar No. 1905046
connor.smith@stoel.com
STOEL RIVES LLP
510 L Street, Suite 500
Anchorage, AK 99501
Telephone: 907.277.1900

*Attorneys for Plaintiff Groundfish Forum, Inc.*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| GROUNDFISH FORUM, INC.,<br><br>        Plaintiff,<br><br>  v.<br><br>NATIONAL MARINE FISHERIES SERVICE; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; GINA RAIMONDO, in her official capacity as the United States Secretary of Commerce; and JANET COIT, in her official capacity as Assistant Administrator, National Oceanic and Atmospheric Administration,<br><br>        Defendants. | Case No. 3:23-cv-00283-SLG |

**[Proposed] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXPEDITE PURSUANT TO 16 U.S.C. § 1855(f)(1)**

Upon consideration of Plaintiff's Unopposed Motion to Expedite Pursuant to 16

U.S.C. § 1855(f)(1), IT IS HEREBY ORDERED that the motion is GRANTED.

Dated at Anchorage, Alaska, this _____ day of _____, 2024.


_____
The Honorable Sharon L. Gleason
United States District Court Judge