IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GROUNDFISH FORUM, INC., <br><br> Plaintiff, <br> v. <br><br> NATIONAL MARINE FISHERIES SERVICE, *et al.*, <br><br> Defendants, <br><br> and <br><br> CENTRAL BERING SEA FISHERMAN'S ASSOCIATION, *et al.*, <br><br> Intervenor-Defendants. | Case No. 3:23-cv-00283-SLG |

### ORDER RE REQUEST FOR ORAL ARGUMENT AND PLAINTIFF'S UNOPPOSED MOTION TO EXPEDITE

Federal Defendants' Request for Oral Argument on the merits at Docket 49 is GRANTED. Oral argument on the merits is scheduled for **October 2, 2024, at 1:30 p.m.** in Anchorage Courtroom 2. Each side shall be accorded up to 20 minutes to present their arguments.

IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion to Expedite Pursuant to 16 U.S.C. § 1855(f)(1) is GRANTED.

DATED this 12th day of August, 2024, at Anchorage, Alaska.

                                               */s/ Sharon L. Gleason*
                                               UNITED STATES DISTRICT JUDGE