# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| GROUNDFISH FORUM, INC.,<br>*Plaintiff*<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE, *et al.*,<br>*Defendants*<br><br>and<br><br>CENTRAL BERING SEA FISHERMAN'S ASSOCIATION, *et al.*,<br>*Intervenor-Defendants* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:23-cv-00283-SLG<br>)<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT the Court finds the Council and NMFS did not violate the MSA, the APA, or NEPA in adopting Amendment 123 and the Final Rule implementing that amendment. Therefore, Plaintiff's claims are DISMISSED with prejudice and judgment is entered for Defendants.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: November 8, 2024

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*